BRAD D. KRASNOFF, TRUSTEE
Los Angeles, CA 90067-6006
Telephone: (310) 277-0077
Facsmile: (310) 277-5735
BDKTrustee@danninggill.com

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Acs In-Home Care Partners LLC | § | Case No. 2:18-bk-16955-BR |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Brad D. Krasnoff, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 6,490.00 *(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants: 9,730.01 | Claims Discharged Without Payment: NA |
| Total Expenses of Administration: 11,082.53 | |

3) Total gross receipts of $20,812.54 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $20,812.54 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $NA | $NA | $NA | $NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 11,082.53 | 11,082.53 | 11,082.53 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 98,127.00 | 56,851.48 | 56,851.48 | 9,730.01 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 10,606,233.12 | 352,739.31 | 352,739.31 | 0.00 |
| **TOTAL DISBURSEMENTS** | $10,704,360.12 | $420,673.32 | $420,673.32 | $20,812.54 |

4)  This case was originally filed under chapter 7 on 06/15/2018.  The case was pending for 41 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/13/2021                    By:/s/Brad D. Krasnoff
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Account Receivable | 1121-000 | 12,458.50 |
| Bank of America Checking Account | 1129-000 | 1,925.42 |
| Wells Fargo Checking Account | 1129-000 | 725.38 |
| Wells Fargo Checking Account | 1129-000 | 5,703.24 |
| **TOTAL GROSS RECEIPTS** | | **$20,812.54** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$NA** | **$NA** | **$NA** | **$NA** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Brad D. Krasnoff | 2100-000 | NA | 2,831.25 | 2,831.25 | 2,831.25 |
| Brad D. Krasnoff | 2200-000 | NA | 34.73 | 34.73 | 34.73 |
| International Sureties LTD | 2300-000 | NA | 53.84 | 53.84 | 53.84 |
| Axos Bank | 2600-000 | NA | 43.60 | 43.60 | 43.60 |
| Franchise Tax Board | 2820-000 | NA | 842.37 | 842.37 | 842.37 |
| LEA Accountancy, LLP | 3410-000 | NA | 6,962.50 | 6,962.50 | 6,962.50 |
| LEA Accountancy, LLP | 3420-000 | NA | 314.24 | 314.24 | 314.24 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $NA | $11,082.53 | $11,082.53 | $11,082.53 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $NA | $NA | $NA | $NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2A | Employment Development Department | 5800-000 | 98,127.00 | 56,051.48 | 56,051.48 | 9,593.09 |
| 6A | Franchise Tax Board | 5800-000 | NA | 800.00 | 800.00 | 136.92 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $98,127.00 | $56,851.48 | $56,851.48 | $9,730.01 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Carol Figlio & Bruce Williams c/o James R. Traut Traut Firm | | 10,000,000.00 | NA | NA | 0.00 |
| | Deborah Koeller c/o Law Office of Anthony Khoury | | 0.00 | NA | NA | 0.00 |
| | Gloria Kleeger c/o Law Office of Anthony Khoury | | 0.00 | NA | NA | 0.00 |
| | Jose Antonio Rosales Vasquez c/o Averek Law | | 250,000.00 | NA | NA | 0.00 |
| | Office Depot | | 498.88 | NA | NA | 0.00 |
| 5 | Eleuterio Sabejon | 7100-000 | 350,000.00 | 286,372.86 | 286,372.86 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2B | Employment Development Department | 7100-000 | NA | 26,517.98 | 26,517.98 | 0.00 |
| 6B | Franchise Tax Board | 7100-000 | NA | 924.99 | 924.99 | 0.00 |
| 4 | Frontier Communications | 7100-000 | 511.24 | 306.98 | 306.98 | 0.00 |
| 1 | State Comp Ins Fund | 7100-000 | 5,223.00 | 5,222.67 | 5,222.67 | 0.00 |
| 2C | Employment Development Department | 7300-000 | NA | 32,324.48 | 32,324.48 | 0.00 |
| 6C | Franchise Tax Board | 7300-000 | NA | 1,069.35 | 1,069.35 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $10,606,233.12 | $352,739.31 | $352,739.31 | $0.00 |

Page: 1

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 18-16955 | BR | Judge: | Barry Russell | Trustee Name: | Brad D. Krasnoff |
|---|---|---|---|---|---|---|

Case Name:    Acs In-Home Care Partners LLC

Date Filed (f) or Converted (c):    06/15/2018 (f)

341(a) Meeting Date:    07/18/2018

For Period Ending:    10/13/2021

Claims Bar Date:    11/19/2018

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  Wells Fargo Checking Account<br><br>Wells Fargo Checking Account ending in 0476 | 745.36 | 745.36 | | 725.38 | FA |
| 2.  Wells Fargo Checking Account<br><br>Wells Fargo Checking Account ending in 0401 | 434.09 | 0.00 | | 5,703.24 | FA |
| 3.  Bank of America Checking Account<br><br>Bank of America checking account ending in 9095 | 1,957.42 | 1,957.42 | | 1,925.42 | FA |
| 4.  Account Receivable | 62,523.38 | 62,523.38 | | 12,458.50 | FA |
| 5.  Office Furniture and Equipment | 800.00 | 0.00 | | 0.00 | FA |
| 6.  Deposit Refund due from office lease landlord | 5,690.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)             $72,150.25             $65,226.16             $20,812.54             $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

ANNUAL STATUS REPORT FOR P.E. 3/31/21
The FTB has processed the estate's return.

Exhibit 8

QUARTERLY STATUS REPORT FOR P.E. 12/31/20
The FTB examination of the estate's returns remains pending.


QUARTERLY STATUS REPORT FOR P.E. 9/30/20
The FTB examination of the estate's returns remains pending.


QUARTERLY STATUS REPORT FOR P.E. 6/30/20
The FTB examination of the estate's returns remains pending.


ANNUAL REPORT FOR P.E. 3/31/20
The estate's tax returns have been prepared and filed.  Claims review has been completed.  The trustee anticipated that tax clearances would be obtained on or before 3/2/20.  However, on 2/21/20, the trustee was informed that the FTB had selected the estate's return for examination.  Accordingly, the previously filed notice to professionals was withdrawn on 2/24/20.


QUARTERLY STATUS REPORT FOR P.E. 12/31/19
The trustee executed and returned to his accountants on 12/18/19 the estate's 2018 tax returns.


QUARTERLY STATUS REPORT FOR P.E. 9/30/19
The trustee's accountants are in the process of preparing estate returns.  It is currently anticipated that they will be completed in the 4th quarter of 2019.


QUARTERLY STATUS REPORT FOR P.E. 6/30/19
The trustee will request that tax returns, if needed, be prepared.


ANNUAL REPORT FOR P.E. 3/31/19
The trustee has received funds from the debtor's bank accounts and from accounts receivable (assets #1, 2, 3 and 4).  The trustee is unaware of any further recoveries regarding these assets, and is currently unaware of any other administrable assets.


QUARTERLY STATUS REPORT FOR P.E. 12/31/18
The trustee has recovered no further accounts receivable funds (asset #4).  Unknown whether other administrative assets exist.


QUARTERLY STATUS REPORT FOR P.E. 9/30/18
The trustee has received funds from the debtor's bank accounts (assets #1, 2 and 3).  The trustee has received payments regarding asserted accounts receivable (asset #4).  Unknown whether other administrable assets exist.


Initial Projected Date of Final Report (TFR): 06/30/2021        Current Projected Date of Final Report (TFR): 06/30/2021

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 18-16955 | Trustee Name: Brad D. Krasnoff | |
| Case Name: Acs In-Home Care Partners LLC | Bank Name: Union Bank | |
| | Account Number/CD#: XXXXXX9534 | |
| | GENERAL ACCOUNT | |
| Taxpayer ID No: XX-XXX1423 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 10/13/2021 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/22/18 | 4 | WILLA E. HARDIE BRIAN D. ELLIOTT | ACCOUNTS RECEIVABLE | 1121-000 | $5,709.50 | | $5,709.50 |
| 08/27/18 | 4 | KAISER PERMANENTE | ACCOUNTS RECEIVABLE | 1121-000 | $6,749.00 | | $12,458.50 |
| 08/27/18 | 2 | WELLS FARGO BANK | WELLS FARGO CHECKING ACCOUNT (CLOSING) | 1129-000 | $5,703.24 | | $18,161.74 |
| 08/29/18 | 1 | WELLS FARGO BANK | WELLS FARGO CHECKING ACCOUNT (CLOSING) | 1129-000 | $725.38 | | $18,887.12 |
| 09/06/18 | 3 | ACS UB-HOME CARE PARTNERS LLC | LIQUIDATION OF BANK ACCOUNT Bank of America checking account | 1129-000 | $1,925.42 | | $20,812.54 |
| 01/30/19 | 100001 | International Sureties LTD Suite 420 701 Poydras Street New Orleans, LA 70139 | TRUSTEE BOND PREMIUM, 1/4/19 TO 1/4/20, BOND #016030867, PER LBR 2016-2 (c) | 2300-000 | | $8.90 | $20,803.64 |
| 04/17/19 | 100002 | International Sureties LTD Suite 420 701 Poydras Street New Orleans, LA 70139 | Trustee Bond Increase Premium 1/4/19-1/4/20, Bond #016030867 Per LBR 2016-2 (c) | 2300-000 | | $1.28 | $20,802.36 |
| 05/15/19 | 100003 | International Sureties LTD Suite 420 701 Poydras Street New Orleans, LA 70139 | Trustee Bond Premium 1/4/19 - 1/4/20, Bond #016030867, Per LBR 2016-2(c) | 2300-000 | | $2.09 | $20,800.27 |
| 05/28/19 | 100004 | International Sureties LTD Suite 420 701 Poydras Street New Orleans, LA 70139 | Trustee Bond Premium 1/4/19 - 1/4/20, Bond #016030867, Per LBR 2016-2(c) ADDITIONAL | 2300-000 | | $0.33 | $20,799.94 |
| 06/18/19 | | Transfer to Acct # xxxxxx0297 | Transfer of Funds | 9999-000 | | $20,799.94 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $20,812.54 | $20,812.54 |
| Less: Bank Transfers/CD's | $0.00 | $20,799.94 |
| Subtotal | $20,812.54 | $12.60 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Page Subtotals: | $20,812.54 | $20,812.54 |

Net $20,812.54

$12.60

Exhibit 9

Page Subtotals:                                   $0.00           $0.00

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: 18-16955 | | Trustee Name: Brad D. Krasnoff | |
| Case Name: Acs In-Home Care Partners LLC | | Bank Name: Axos Bank | |
| | | Account Number/CD#: XXXXXX0297 | |
| | | GENERAL ACCOUNT | |
| Taxpayer ID No: XX-XXX1423 | | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 10/13/2021 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/18/19 | | Transfer from Acct # xxxxxx9534 | Transfer of Funds | 9999-000 | $20,799.94 | | $20,799.94 |
| 01/22/20 | 2001 | International Sureties LTD Suite 420 701 Poydras Street New Orleans, LA  70139 | Trustee Bond Premium 1/4/20-1/4/21, Bond #016030867 Per LBR 2016-2(c) | 2300-000 | | $10.37 | $20,789.57 |
| 01/26/21 | 2002 | International Sureties LTD Suite 420 701 Poydras Street New Orleans, LA  70139 | Trustee Bond Premium 1/4/21 - 1/4/22, Bond #016229730 Per LBR 2016-2(c) | 2300-000 | | $30.87 | $20,758.70 |
| 03/03/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $20.70 | $20,738.00 |
| 04/02/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.90 | $20,715.10 |
| 08/16/21 | 2003 | Brad D. Krasnoff 1901 Avenue of the Stars, Suite 450 Los Angeles, CA  90067-6006 | TRUSTEE FEES (FINAL) PER ORDER ENTERED 8/12/21. | 2100-000 | | $2,831.25 | $17,883.85 |
| 08/16/21 | 2004 | Brad D. Krasnoff 1901 Avenue of the Stars, Suite 450 Los Angeles, CA  90067-6006 | TRUSTEE EXPENSES (FINAL) PER ORDER ENTERED 8/12/21. | 2200-000 | | $34.73 | $17,849.12 |
| 08/16/21 | 2005 | Franchise Tax Board Bankruptcy Section MS A340 PO Box 2952 Sacramento, CA  95812-2952 | First and final distribution to claim 7 creditor account # representing a payment of 100.00 % per court order entered 8/12/21. | 2820-000 | | $842.37 | $17,006.75 |
| 08/16/21 | 2006 | LEA Accountancy, LLP 1130 S. Flower Street, Ste. 312 Los Angeles, CA  90015 | ACCOUNTANT FOR TRUSTEE FEES (FINAL) PER ORDER ENTERED 8/12/21. | 3410-000 | | $6,962.50 | $10,044.25 |
| 08/16/21 | 2007 | LEA Accountancy, LLP 1130 S. Flower Street, Ste. 312 Los Angeles, CA  90015 | ACCOUNTANT FOR TRUSTEE EXPENSES (FINAL) PER ORDER ENTERED 8/12/21. | 3420-000 | | $314.24 | $9,730.01 |
| | | | Page Subtotals: | | $20,799.94 | $11,069.93 | |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 18-16955
Case Name: Acs In-Home Care Partners LLC

Taxpayer ID No: XX-XXX1423
For Period Ending: 10/13/2021

Trustee Name: Brad D. Krasnoff
Bank Name: Axos Bank
Account Number/CD#: XXXXXX0297
GENERAL ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/16/21 | 2008 | Employment Development Department Bankruptcy Group MIC 92E PO Box 826880 Sacramento, CA  94280-0001 | First and final distribution to claim 2 creditor account # representing a payment of 17.11 % per court order entered 8/12/21. | 5800-000 | | $9,593.09 | $136.92 |
| 08/16/21 | 2009 | Franchise Tax Board Bankruptcy Section MS A340 PO Box 2952 Sacramento, CA 95812-2952 | First and final distribution to claim 6 creditor account # representing a payment of 17.12 % per court order entered 8/12/21. | 5800-000 | | $136.92 | $0.00 |

|  | | |
|---|---|---|
| COLUMN TOTALS | $20,799.94 | $20,799.94 |
| Less: Bank Transfers/CD's | $20,799.94 | $0.00 |
| Subtotal | $0.00 | $20,799.94 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $20,799.94 |

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

Page Subtotals:                    $0.00        $9,730.01

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0297 - GENERAL ACCOUNT | $0.00 | $20,799.94 | $0.00 |
| XXXXXX9534 - GENERAL ACCOUNT | $20,812.54 | $12.60 | $0.00 |
| | $20,812.54 | $20,812.54 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $20,812.54 |
| Total Gross Receipts: | $20,812.54 |

Page Subtotals:                          $0.00            $0.00